BEN ROSENFELD (State Bar #203845)
115 ½ Bartlett Street
San Francisco, CA 94110
Telephone: (415) 285-8091
Facsimile: (415) 285-8092

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MARK BURDETT,

Plaintiff,

v.

SFPD OFFICER RAMON REYNOSO (#854), *et al.*,

Defendants.

Case No. C-06-720-JCS

**STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING CASE MANAGEMENT CONFERENCE**

Whereas a further Case Management Conference is currently set for May 5, 2006 at 1:30 p.m.; and

Whereas Mr. Rosenfeld, counsel for plaintiffs, will be in trial in another matter (*Washburn v. CCSF*, et al., No. C-03-869-MJJ) before Judge Jenkins on that date; and

Whereas Mr. Rosenfeld has checked with chambers, and learned that May 12, 2006 at 1:30 is also available; and

Whereas Mr. Rosenfeld has requested, and Ms. Deeley, counsel for defendants, has agreed to continue the CMC to May 12, 2006; and

Whereas chambers has also indicated that the parties can be heard early in the calendar, upon request the day of, as Mr. Rosenfeld and Ms. Deeley also have a case management conference in another case together (*Bates, et al. v. CCSF* et al., No. 05-3383-SI) before Judge Illston on May 12, 2006 at 2:30 p.m,

The parties, through their undersigned counsel, hereby stipulate and request that the Court continue the Case Management Conference currently set for May 5, 2006 at 1:30 p.m. to May 12, 2006, at 1:30 p.m., so that the Joint Case Management Statement shall be filed no later than one week prior.

Respectfully Submitted,

DATED: April 22, 2006

BEN ROSENFELD

By: s/ - *Ben Rosenfeld* ___________
BEN ROSENFELD
Attorneys for Plaintiff

DATED: April 22, 2006

DENNIS J. HERRERA
City Attorney
JOANNE HOEPER
Chief Trial Deputy
ELIZABETH DEELEY
Deputy City Attorneys

By: s/ *Elizabeth Deeley*___________
ELIZABETH DEELEY
Attorneys for Defendants

PURSUANT TO STIPULATION, IT IS SO ORDERED:

UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA
Judge Joseph C. Spero

Dated: April 25, 2006 ______________________

HON. JOSEPH C. SPERO
UNITED STATES MAGISTRATE JUDGE