| | |
|---|---|
| 1 | BEN ROSENFELD (State Bar #203845) |
| | Law Office of Dennis Cunningham |
| 2 | 115 ½ Bartlett Street |
| | San Francisco, CA  94110 |
| 3 | Telephone:     (415) 285-8091 |
| 4 | Facsimile:     (415) 285-8092 |
| | ben.rosenfeld@comcast.net |
| 5 | |
| | Attorney for Plaintiff |
| 6 | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK BURDETT, | Case No. C-06-720-JCS |
| Plaintiff, | [PROPOSED] ORDER GRANTING PLAINTIFF'S REQUEST FOR APPOINTMENT OF NEW MEDIATOR |
| v. | |
| SFPD OFFICER RAMON REYNOSO (#854), *et al*., | |
| Defendants. | |

Having read and considered Plaintiff's Administrative Request For Appointment of New Mediator (L.R. 7-11), and finding god cause, the Court hereby orders that:

☒ the Court will appoint a new mediator;

☒ the parties shall complete mediation by ___September 1___, 2006.

☒ the status conference currently set for August 11, 2006

☐ shall remain on calendar

☒ shall be continued to ___September 8___, 2006, at 1:30 pm.

**IT IS SO ORDERED.**

Dated: 07/18/06 _____

JOSEPH C. SPERO
UNITED STATES MAGISTRATE JUDGE