UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MARK BURDETT,

          Plaintiff,

     v.

CITY AND COUNTY OF SAN FRANCISCO, *et al*.,

          Defendants.

Case No. C-06-720-JCS

[~~PROPOSED~~] ORDER

     Having read and considered the Parties' Stipulation And Proposed Order Continuing Deadline To Complete Mediation And Advancing Case Management Conference, and FOR GOOD CAUSE SHOWN, the Court hereby ORDERS that the September 1, 2006 deadline for the completion of mediation in the above captioned case

     X is VACATED

       ☐ pending further notice from the Court

     X and is reset for ___November 1, 2006___

   ☐ shall remain in effect.

     The Court FURTHER ORDERS that the Case Management Conference currently set for September 8, 2006 shall

     X be rescheduled for August 25, 2006 at 1:30 p.m.

     X remain on calendar, but plaintiff's counsel may appear telephonically by

       ☐ calling the Court at (415) _____ - _____

     X being available to receive a call from the Court at a number which he shall furnish to ~~Chambers ahead of time.~~ the Court one week prior to the hearing.

**IT IS SO ORDERED**.

Dated: ___August 15, 2006___

_____
HON. JOSEPH C. SPERO
UNITED STATES MAGISTRATE JUDGE