| | |
|---|---|
| 1 | BEN ROSENFELD (State Bar #203845) |
|   | Law Office of Dennis Cunningham |
| 2 | 115 ½ Bartlett Street |
|   | San Francisco, CA  94110 |
| 3 | Telephone:      (415) 285-8091 |
| 4 | Facsimile:       (415) 285-8092 |
|   | Email:             ben.rosenfeld@comcast.net |
| 5 | |
|   | Attorney for Plaintiff Mark Burdett |
| 6 | |
| 7 | DENNIS J. HERRERA, State Bar #139669 |
|   | City Attorney |
| 8 | JOANNE HOEPER, State Bar #114961 |
| 9 | Chief Trial Deputy |
|   | ELIZABETH DEELEY, State Bar #23079 |
| 10 | Deputy City Attorney |
|    | Fox Plaza |
| 11 | 1390 Market Street, 6th Floor |
|    | San Francisco, California 94102-5408 |
| 12 | Telephone:      (415) 554-3982 |
| 13 | Facsimile:       (415) 554-3837 |
|    | E-Mail:            elizabeth.deeleyfgov.org |
| 14 | |
| 15 | Attorneys for Defendant CITY AND COUNTY OF SAN FRANCISCO and Mark Shea |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 19 | MARK BURDETT, | Case No. C-06-720-JCS |
| 20 | Plaintiff, | **STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE TO NOVEMBER 10, 2006** |
| 21 | v. | 17 |
| 22 | SFPD OFFICER RAMON REYNOSO (#854), *et al.*, | |
| 23 | Defendants. | |

Whereas a further Case Management Conference is currently set for October 20, 2006 at 1:30 p.m.; and

1

STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE

1   Whereas the parties have been working diligently to exchange written discovery, in
2   furtherance of the understanding at the last Case Management Conference on August 25, 2006
3   that the parties would use written discovery to reduce the number of depositions needed; and
4   Whereas plaintiff's responses to defendants' written discovery, after an extension, is due
5   on October 26, 2006, after the date currently set for the next Case Management Conference; and
6   Whereas the parties are currently meeting and conferring over defendants responses to
7   plaintiff's written discovery, after an extension; and
8   Whereas the parties need additional time to complete this process in order to discuss with
9   the Court what depositions they feel they will need to take, as well as to discuss a briefing
10  schedule for dispositive motions;
11  Whereas a Joint Case Management Conference Statement is due one week before the
12  Case Management Conference; and
13  Whereas November 10, 2006 is a Court holiday,
14  The parties, through their undersigned counsel, hereby stipulate and request that the
15  Court continue the Case Management Conference currently set for October 20, 2006 at 1:30 p.m.
16  to November 17, 2006, at 1:30 p.m., so that the Joint Case Management Statement shall be filed
17  by November 10, 2006.

DATED: October 17, 2006

Respectfully Submitted,

By: s/ - *Ben Rosenfeld*_____
BEN ROSENFELD
Attorneys for Plaintiff

DATED: October 17, 2006

By: s/ *Elizabeth Deeley*_____
ELIZABETH DEELEY
Attorneys for Defendants

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: October __18__, 2006           _____
                                      HONORABLE JOSEPH C. SPERO
                                      UNITED STATES MAGISTRATE JUDGE

*(Signature and seal: Judge Joseph C. Spero, United States District Court, Northern District of California)*