BEN ROSENFELD, State Bar # 203845
DENNIS CUNNINGHAM, State Bar #112910
Law Office of Dennis Cunningham
115 ½ Bartlett Street
San Francisco, CA 94110
Tel:     (415) 285-8091
Fax:    (415) 285-8092

Attorneys for Plaintiffs


DENNIS J. HERRERA, State Bar #139669
City Attorney
JOANNE HOEPER, State Bar #114961
Chief Trial Attorney
BLAKE P. LOEBS, State Bar #145790
ELIZABETH DEELEY, State Bar #230798
Deputy City Attorneys
1390 Market Street, 6th Floor
San Francisco, California 94102-5408
Telephone:     (415) 554-3868
Telephone:     (415) 554-3982
Facsimile:      (415) 554-3837

Attorneys for Defendants

LAW OFFICE OF DENNIS CUNNINGHAM
San Francisco, Ca

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK BURDETT,<br><br>Plaintiff,<br><br>v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, *et al.*,<br><br>Defendants. | Case No. C-06-720-JCS<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING DEADLINE FOR SUBMISSION OF DISCOVERY DISPUTE LETTER**<br><br>Trial Date:  May 14, 2007 |

WHEREAS the cutoff date for written non-expert discovery was October 31, 2006; and

1

TITLE

1    WHEREAS the Court (Hon. Joseph C. Spero) requires that the parties meet and confer to

2    narrow and attempt to resolve discovery disputes, and thereafter brief any remaining disputes to

3    the Court by letter as a way of initiating any Motions to Compel; and

4    WHEREAS the Court treats the submission of such a letter as the effective date on which

5    a party initiates a Motion to Compel; and

6    WHEREAS by operation of Civil Local Rule 26-2, which requires that any Motion to

7    Compel be filed no later than seven days after the discovery cutoff date, so that November 7,

8    2006 is the cutoff date for filing any Motion to Compel in this case, and therefore, for submitting

9    such a discovery letter to the Court; and

10    WHEREAS the parties have been meeting and conferring, but have not completed the

11    process, and remain hopeful they can further narrow their discovery disputes; and

12    WHEREAS the parties called and spoke to the Court (Hon. Joseph C. Spero) today,

13    November 7, 2006, and all parties, including the Court, are in agreement that the parties may

14    take until November 20, 2006 (i.e. after the next status conference set for November 17, 2006) to

15    submit such a discovery letter;

16    The parties, through their undersigned counsel, hereby stipulate and agree that the

17    deadline for submitting a discovery letter to the Court, and thereby initiating any Motions to

18    Compel, is continued from November 7, 2006 to November 20, 2006.

19

20                                        Respectfully Submitted,

21    DATED: November 7, 2006

22                                By:   /s/ - *Ben Rosenfeld*
                                        BEN ROSENFELD
23                                      Attorneys for Plaintiff

24    ///

25    ///

26    ///

27

28

2

TITLE

LAW OFFICE OF DENNIS CUNNINGHAM
San Francisco, Ca

DATED: November 7, 2006

                                DENNIS J. HERRERA
                                City Attorney
                                JOANNE HOEPER
                                Chief Trial Deputy
                                ELIZABETH DEELEY
                                Deputy City Attorneys

                    By:   /s/ *Elizabeth Deeley*
                                ELIZABETH DEELEY
                                Attorneys for Defendants

**PURSUANT TO STIPULATION, IT IS SO ORDERED**.

Dated:  November __8__ , 2006

HON. _____
UNITED STATES MAGISTRATE JUDGE

_Judge Joseph C. Spero_

---

LAW OFFICE OF **DENNIS CUNNINGHAM**
San Francisco, Ca

3
TITLE