**United States District Court**
For the Northern District of California

1
2
3
4                    UNITED STATES DISTRICT COURT
5                    NORTHERN DISTRICT OF CALIFORNIA
6
7   MARK BURDETT,                          Case No. C-06-00720 JCS
8           Plaintiff(s),                  **ORDER DENYING WITHOUT
                                           PREJUDICE DEFENDANTS MOTION
9       v.                                 TO CHANGE TIME REGARDING
                                           EXPERT DISCLOSURES AND EXPERT
10  RAMON REYNOSO, ET AL.,                 DISCOVERY CUTOFF [Docket No. 57]
11          Defendant(s).
    _____/
12
13          On December 4, 2006, Defendants filed a Motion to Change Time Regarding Expert

14  Disclosures and Expert Discovery Cutoff (the "Motion").

15          IT IS HEREBY ORDERED THAT the Motion is DENIED, without prejudice, to filing a

16  duly Noticed Motion in accordance with Civil L.R. 7-2.

17          IT IS SO ORDERED.

18

19  Dated:  December 6, 2006

20                                         _____
                                           JOSEPH C. SPERO
21                                         United States Magistrate Judge

22
23
24
25
26
27
28