**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MARK BURDETT,                                    Case No. C-06-00720 JCS

       Plaintiff(s),                          **ORDER DENYING AS MOOT**
                                       **DEFENDANTS MOTION TO CHANGE**
    v.                                       **TIME REGARDING EXPERT**
                                       **DISCLOSURES AND EXPERT**
RAMON REYNOSO, ET AL.,                           **DISCOVERY CUTOFF [Docket No. 62]**

       Defendant(s).
_____/

      On December 7, 2006, Defendants filed a Motion to Change Time Regarding Expert

Disclosures and Expert Discovery Cutoff (the "Motion").

      IT IS HEREBY ORDERED THAT the Motion is DENIED as moot, and the hearing date of

January 12, 2007, at 9:30 a.m., has been taken off calendar.  The expert disclosure and expert

discovery cut-off dates were extended at the December 8, 2006 case management conference.

      IT IS SO ORDERED.

Dated:  December 12, 2006

_____
JOSEPH C. SPERO
United States Magistrate Judge