UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MARK BURDETT,

        Plaintiff(s),

  v.

RAMON REYNOSO, ET AL.,

        Defendant(s).

_____/

Case No. C-06-00720 JCS

**ORDER DENYING WITHOUT PREJUDICE PLAINTIFF'S MOTION IN LIMINE NO. 1 [Docket No. 55] AND PLAINTIFF'S MOTION IN LIMINE NO. 2 [Docket No. 60]**

    On November 27, 2006, Plaintiff filed a Motion in Limine No. 1 to Exclude Defendants' 38 Late Named Witnesses, and on December 4, 2006, Plaintiff filed Motion in Limine No. 2 to Exclude Defendants' Experts Based on Prior Ruling of Court, Untimely Disclosure, and Other Grounds (the "Motions").

    IT IS HEREBY ORDERED that the Motions are DENIED without prejudice. The hearing date of January 12, 2007, at 9:30 a.m.**,** has been taken off calendar.

    IT IS SO ORDERED.

Dated: December 18, 2006

_____
JOSEPH C. SPERO
United States Magistrate Judge