DENNIS J. HERRERA, State Bar #139669
City Attorney
JOANNE HOEPER, State Bar #114961
Chief Trial Deputy
ELIZABETH DEELEY, State Bar #230798
Deputy City Attorney
Fox Plaza
1390 Market Street, 6th Floor
San Francisco, California 94102-5408
Telephone:     (415) 554-3982
Facsimile:      (415) 554-3837
E-Mail:          elizabeth.deeleysfgov.org

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| MARK BURDETT,<br><br>             Plaintiff,<br><br>      vs.<br><br>San Francisco Police Officers RAMON REYNOSO, et al,<br><br>             Defendants. | Case No. C06-0720 JCS<br><br>**STIPULATION AND [PROPOSED] ORDER FOR INDEPENDENT MEDICAL EXAMINATION**<br><br>Date Action Filed:   February 1, 2006<br>Trial Date:               November 5, 2007 |
|---|---|

The parties stipulate as follows:

1.      The plaintiff will submit to an independent medical examination on such terms and conditions as follows.

2.      DATE AND TIME:  Plaintiff's examination shall take place during business hours on a date and time to be determined by the examiner's availability.

3.      PLACE:  The exam shall take place at the offices of the examiner in San Francisco or Daly City, California depending on the date of the examination.

4.      EXAMINER: Plaintiff shall be examined by a licensed physician whose specialty is orthopedics and orthopedic surgery.

5.      MANNER OF EXAMINATION: the examination will be a physical examination of plaintiff's body.  The doctor will touch the areas of his body that plaintiff claims to have injured in

1 this incident, including non-invasive orthopedic testing, such as range of motion evaluation.  The
2 doctor will ask plaintiff questions about his injuries and preexisting conditions or injuries.  No blood
3 test, MRI, x-rays or other invasive tests will be performed.

4       6.      <u>RESERVATION OF OBJECTION BY PLAINTIFF:</u>  Plaintiff reserves his right to
5 object to the introduction of expert medical testimony or an expert medical report by defendants.

Dated:  December 20, 2006

                DENNIS J. HERRERA
                City Attorney
                JOANNE HOEPER
                Chief Trial Deputy
                ELIZABETH DEELEY
                Deputy City Attorneys


              By:      //s//
                ELIZABETH DEELEY

                Attorneys for Defendants

Dated:  December 20, 2006

                THE LAW OFFICE OF BEN ROSENFELD

              By:      //s//
                BEN ROSENFELD

                Attorney for Plaintiff
                MARK BURDETT


PURSUANT TO STIPULATION, IT IS SO ORDERED


Dated:  December 22, 2006

                HONORABLE JOSEPH C. SPERO
                United States District Judge