UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MARK BURDETT,

    Plaintiff,

    v.

RAMON REYNOSO, et al.,

    Defendants
_____/

No. 06-00720 JCS (EDL)

ORDER EXCUSING ATTENDANCE AT SETTLEMENT CONFERENCE

TO ALL PARTIES AND COUNSEL AND PARTIES OF RECORD:

By letter dated January 4, 2007, Deputy City Attorney Elizabeth Deeley requested Defendant Phillip Brown be excused from personally appearing at the settlement conference scheduled for January 19, 2007. No opposition was filed by any party.

Upon consideration of the request, the Court finds good cause for excusing personal attendance. Therefore, it is hereby ORDERED that Phillip Brown be available by telephone from 9:00 a.m. Pacific Standard Time until further notice on January 19, 2007.

If the Court concludes that the absence of Phillip Brown is interfering with the settlement conference, the Court may continue the settlement conference and may order personal attendance by each party.

SO ORDERED.

Dated: January 11, 2007

_____
ELIZABETH D. LAPORTE
United States Magistrate Judge