UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK BURDETT,<br><br>              Plaintiff(s),<br><br>     v.<br><br>RAMON REYNOSO, ET AL.,<br><br>              Defendant(s).<br>_____/ | Case No. C-06-00720 JCS<br><br>**ORDER DENYING STIPULATION AND ORDER TO EXTEND SUMMARY JUDGMENT HEARING DATE TO JULY 27, 2007 [Docket No. 81], AND ORDER SETTING FORTH NEW BRIEFING SCHEDULE AND HEARING DATE** |

On May 1, 2007, the parties filed a Stipulation and Order to Extend Summary Judgment Hearing Date to July 27, 2007 Pursuant to Stipulation.

IT IS HEREBY ORDERED that the Stipulation is DENIED, and the Court hereby enters the following new briefing schedule and hearing date:

1. Summary Judgment Motion shall be filed by **June 1, 2007.**

2. Opposition memorandum shall be filed by **June 15, 2007.**

3. Reply brief shall be filed by **June 22, 2007.**

4. Oral argument is set for **August 3, 2007, at 1:30 p.m.**

IT IS SO ORDERED.

Dated: May 2, 2007

_____
JOSEPH C. SPERO
United States Magistrate Judge