FILED
JUN 26 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MARK BURDETT,

Plaintiff(s),

v.

RAMON REYNOSO, ET AL.,

Defendant(s).

Case No. C-06-00720 JCS

**ORDER GRANTING IN PART AND DENYING IN PART PLAINTIFF'S REQUEST FOR ADMINISTRATIVE RELIEF [Docket No. 101]**

The Court has received an Administrative Request from Plaintiff for the following relief: 1) retroactive extension of two days in which to file his motion for summary judgment; 2) for retroactive leave to exceed the page limit in Plaintiff's memorandum in support of his motion for summary judgment; and 3) for leave to exceed the page limit in his opposition to Defendants' motion for summary judgment.

Good cause appearing, IT IS HEREBY ORDERED as follows:

1. Plaintiff's request for an extension of time to file the motion for summary judgment is GRANTED.

2. The motions for leave to exceed the page limits are DENIED. However, because those documents have already been filed, the Court does not at this time order that they be stricken from the record. The Court will address the appropriate remedy for Plaintiff's violations of the orders of this Court and the Local Rules at the hearing in this matter.

3. The parties are advised that the Court will not allow late-filed reply briefs or reply briefs in excess of the page limits imposed by the Local Rules of this Court.

United States District Court
For the Northern District of California

United States District Court
For the Northern District of California

IT IS SO ORDERED.

Dated: June 25, 2007

JOSEPH C. SPERO
United States Magistrate Judge