DENNIS J. HERRERA, State Bar #139669
City Attorney
JOANNE HOEPER, State Bar #114961
Chief Trial Deputy
RONALD P. FLYNN, State Bar #184186
KIMBERLY A. BLISS, State Bar #207857
Deputy City Attorneys
Fox Plaza
1390 Market Street, 6th Floor
San Francisco, California 94102-5408
Telephone: (415) 554-3901
Facsimile: (415) 554-3837

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO,
RAMON REYNOSO, MARK SHEA, PHILIP BROWN,
STEPHEN SMALLEY, MELVIN BAUTISTA,
MICHAEL CESARI, DAVID HAMILTON,
DAVID LAZAR, JOHN DELFIN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK BURDETT,<br><br>        Plaintiff,<br><br>   vs.<br><br>San Francisco Police Officers RAMON REYNOSO (#454), MARK SHEA (#2092), and SFPD DOEs 1 through 10, inclusive; SAN FRANCISCO SHERIFF'S DEPARTMENT DOEs 11 through 15, inclusive, THE CITY AND COUNTY OF SAN FRANCISCO, and City and County DOEs 16 through 20, inclusive,<br><br>        Defendant. | Case No. C06-0720 JCS<br><br>**MISCELLANEOUS ADMINISTRATIVE REQUEST FOR ORDER ALLOWING EQUIPMENT THROUGH SECURITY; [PROPOSED] ORDER**<br><br>Trial Judge:    Hon. J. Spero<br>Time:    8:30 a.m.<br>Place:    Crtrm. D, 15th Floor<br><br>Date Action Filed:    February 1, 2006<br>Trial Date:    December 3, 2007 |

[PROPOSED] ORDER RE: EQUIPMENT
Burdett v. Reynoso, et al., USDC No. C07-0720 JCS        n:\lit\li2007\060903\00449947.doc

1     Pursuant to Rule 7-11 of the Northern District of California Civil Local Rules, defendants
City and County of San Francisco et al. and plaintiff Mark Burdett seek an Order from the Court
directing the Federal Marshal and/or Federal Security Services to allow into the Federal
Courthouse the following for use at trial in the above-referenced matter.

The parties request admission into the Federal Courthouse of the following:

1. Laptop computers;
2. Elmo;
3. Projectors;
4. Oversized Projector Screen;
5. Extension cords;
6. Speakers for use with laptop;
7. Cassette players;
8. Video Camera.

Dated: November 20, 2007

    DENNIS J. HERRERA
    City Attorney
    JOANNE HOEPER
    Chief Trial Deputy
    RONALD P. FLYNN
    KIMBERLY A. BLISS
    Deputy City Attorneys

By: _____/s/_____
    RONALD P. FLYNN

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO,
RAMON REYNOSO, MARK SHEA, PHILIP
BROWN, STEPHEN SMALLEY
MICHAEL CESARI, DAVID HAMILTON,
DAVID LAZAR, JOHN DELFIN

**[PROPOSED] ORDER RE: EQUIPMENT**     1
Burdett v. Reynoso, et al., USDC No. C07-0720 JCS     n:\lit\li2007\060903\00449947.doc

[~~PROPOSED~~] **ORDER**

GOOD CAUSE APPEARING, the administrative motion is GRANTED. The Court Orders the United States Marshals Service to allow the following equipment through security:

1. Laptop computers;
2. Elmo;
3. Projectors;
4. Oversized Projector Screen;
5. Extension cords;
6. Speakers for use with laptop;
7. Cassette players;
8. Video Camera.

IT IS SO ORDERED.

Dated: November 21, 2007    By: 
JUDGE
UNITED STATES DISTRICT COURT

[~~PROPOSED~~] ORDER RE: EQUIPMENT    2
Burdett v. Reynoso, et al., USDC No. C07-0720 JCS              n:\lit\li2007\060903\00449947.doc