UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MARK BURDETT,         Case No. C06-0720 JCS

    Plaintiff(s),

  v.         **ORDER RE: JUROR BREAKFAST**

RAMON REYNOSO, ET AL.,

    Defendant(s).
_____/

IT IS HEREBY ORDERED that the United States District Court Jury Commissioner shall furnish daily morning refreshments and pastries for the members of the jury in the above-entitled matter beginning **December 4, 2007, at 7:30 a.m.**, for the duration of the trial, and lunch during jury deliberations, at the expense of the United States. The trial will be held in Courtroom D, 15th Floor, 450 Golden Gate Avenue, San Francisco, California 94102.

IT IS SO ORDERED.

Dated: November 26, 2007

_____
JOSEPH C. SPERO
United States Magistrate Judge