DENNIS J. HERRERA, State Bar #139669
City Attorney
JOANNE HOEPER, State Bar #114961
Chief Trial Deputy
RONALD P. FLYNN, State Bar #184186
KIMBERLY A. BLISS, State Bar #207857
Deputy City Attorney
Fox Plaza
1390 Market Street, 6th Floor
San Francisco, California 94102-5408
Telephone: (415) 554-3901
Facsimile: (415) 554-3837

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO,
RAMON REYNOSO, MARK SHEA, PHILIP BROWN,
STEPHEN SMALLEY, MELVIN BAUTISTA,
MICHAEL CESARI, DAVID HAMILTON,
DAVID LAZAR, JOHN DELFIN

BEN ROSENFELD, State Bar #203845
DENNIS CUNNINGHAM, State Bar #112910
Law Office of Dennis Cunningham
115 ½ Bartlett Street
San Francisco, CA 94110
Telephone: (415) 285-8091
Facsimile: (415) 285-8092
E-Mail: ben.rosenfeld@comcast.net

Attorneys for Plaintiff MARK BURDETT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK BURDETT,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>San Francisco Police Officers RAMON REYNOSO (#454), MARK SHEA (#2092), and SFPD DOEs 1 through 10, inclusive; SAN FRANCISCO SHERIFF'S DEPARTMENT DOEs 11 through 15, inclusive, THE CITY AND COUNTY OF SAN FRANCISCO, and City and County DOEs 16 through 20, inclusive,<br>　　　　Defendant. | Case No. C06-0720 JCS<br><br>**STIPULATED DISMISSAL WITHOUT PREJUDICE OF RETIRED OFFICER PHILIP BROWN**<br><br>Date Action Filed: February 1, 2006<br>Trial Date: December 3, 2007 |

Stipulation to Dismiss Brown
Burdett v. Reynoso, et al., USDC No. C07-0720 JCS　　　　　　　　　　　　　　　　　　　n:\lit\li2007\060903\00452116.doc

Plaintiff Mark Burdett and Defendants, by and through the undersigned counsel, enter into the following stipulated dismissal without prejudice of Defendant Philip Brown:

1) Defendants have represented that Retired Officer Philip Brown did not assist in turning Mr. Burdett over onto his front on the ground during his arrest, and did not assist in handcuffing him during his arrest;

2) Defendants will not testify, or inform the jury in any manner, that Retired Officer Philip Brown assisted in turning Mr. Burdett over onto his front on the ground during his arrest, or that he assisted in handcuffing Mr. Burdett during his arrest;

3) Defendants will produce Retired Officer Brown as a witness at trial, on one day, and the parties will work together to accommodate his schedule, even if it means taking him out of turn. When Retired Officer Brown testifies at trial, the jury will not be told that he was a defendant, nor the reason he was dismissed (the jury will only be told at most that he is retired and, if called out of order, that he lives out of state);

4) This dismissal is without prejudice;

5) Plaintiff intends to appeal certain matters in this case, including without limitation his claims based on false arrest that were dismissed on summary judgment. If his claims based on false arrest are revived, then this dismissal is withdrawn and Defendant Philip Brown becomes a defendant once again without the need for plaintiff to add him as a defendant. In that event, the parties will notify the Court that Defendant Philip Brown is a defendant once again; and

6) The eighth cause of action for unlawful seizure of Mr. Burdett's camera, stated against defendants Shea, Reynoso, Cesari, and Brown is now stated only against Shea, Reynoso, and Cesari.

Upon these terms, the parties agree to dismiss Retired Officer Philip Brown without prejudice from the third, fourth, and eighth through eleventh causes of action. Accordingly, he is dismissed without prejudice.

Stipulation to Dismiss Brown                              1
Burdett v. Reynoso, et al., USDC No. C07-0720 JCS                                n:\lit\li2007\060903\00452116.doc

Dated: November 29, 2007

          DENNIS J. HERRERA
          City Attorney
          JOANNE HOEPER
          Chief Trial Deputy
          RONALD P. FLYNN
          KIMBERLY A. BLISS
          Deputy City Attorneys

        By: _/s/ *Ronald P. Flynn*_____
          RONALD P. FLYNN

          Attorneys for Defendants
          CITY AND COUNTY OF SAN FRANCISCO,
          RAMON REYNOSO, MARK SHEA, PHILIP
          BROWN, STEPHEN SMALLEY
          MICHAEL CESARI, DAVID HAMILTON,
          DAVID LAZAR, JOHN DELFIN

Dated: November 29, 2007

          BEN ROSENFELD
          Law Office of Dennis Cunningham

        By: _/s/ *Ben Rosenfeld*_____
          BEN ROSENFELD

          Attorneys for Plaintiff MARK BURDETT

          *Pursuant to GO 45, the electronic signatory has obtained approval from this signatory.

**IT IS SO ORDERED**

Date: ___November 30, 2007___     _____
              HON. JOSEPH C. SPERO
              UNITED STATES DISTRICT MAGISTRATE JUDGE

Stipulation to Dismiss Brown        2
Burdett v. Reynoso, et al., USDC No. C07-0720 JCS            n:\lit\li2007\060903\00452116.doc