**Ben Rosenfeld, Attorney**
**Law Office of Dennis Cunningham**
115 ½ Bartlett Street • San Francisco, CA 94110
415-285-8091 / 285-8092 (fax)

December 7, 2007

Honorable Joseph C. Spero
United States Magistrate Judge
United States District Court
450 Golden Gate Avenue, Ctrm E, 15th Floor
San Francisco, CA 94102
    VIA ECF

Re: *Burdett v. CCSF*, et al., No. C-06-720-JCS
    Plaintiff's Voluntary Dismissal of Several Claims

Dear Judge Spero:

    Plaintiff responds to the Court's request for a letter explaining his dismissal of certain claims, as follows:

    Plaintiff hereby voluntarily dismisses several claims against several defendants, as also reflected in the revised special verdict forms, which the parties have e-filed and email to Ms. Hom.  For the Court's convenience, the parties are also working to e-file and email to the Court/Ms. Hom a revised set of Stipulated and Disputed Jury Instructions to reflect these dismissals and other small changes agreed upon.

    As to Defendants Smalley, Shea, Cesari, Reynoso:  Plaintiff will <u>dismiss</u> his California Assault and Battery and Negligence claims these defendants, but <u>preserve</u> his federal Excessive Force claims and his California Civil Rights (Bane Act) claims against these defendants.  Plaintiff will also <u>preserve</u> his Fourth Amendment claim against Defendants Reynoso, Shea, and Cesari with respect to the unlawful seizure of his camera.

    As to Defendant Delfin:  Plaintiff will <u>dismiss</u> his Excessive Force claim against Defendant Delfin, but <u>preserve</u> his Negligence and California Civil Rights (Bane Act) claim against Mr. Delfin.

Sincerely,

Ben Rosenfeld, Attorney

Dated:  Dec. 10, 2007

*IT IS SO ORDERED*
*Judge Joseph C. Spero*
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA