United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MARK BURDETT,                                              Case No. C-06-00720 JCS

    Plaintiff,

  v.

RAMON REYNOSO, ET AL.,

    Defendants.
_____/

**COURT'S PROPOSED SPECIAL VERDICT FORM**

DATED: December 11, 2007

 

_____
Hon. Joseph C. Spero
UNITED STATES MAGISTRATE JUDGE

# JURY VERDICT

We, the jury, unanimously find as follows:

I. <u>EXCESSIVE FORCE</u>

    **1. Did plaintiff prove by the preponderance of the evidence that any of the following defendants use excessive force against plaintiff Mark Burdett, in violation of his rights under the Fourth Amendment to the United States Constitution?**

| | | |
|---|---|---|
| MICHAEL CESARI | ___ YES | ___ NO |
| RAMON REYNOSO | ___ YES | ___ NO |
| MARK SHEA | ___ YES | ___ NO |
| STEPHEN SMALLEY | ___ YES | ___ NO |

If you answered "YES" as to any defendant in Question 1, go on to Question 2.

If you answered "NO" as to all defendants in Question 1, skip Question 2 and go to Question 3.

II. <u>CONSPIRACY TO USE EXCESSIVE FORCE</u>

    **2. Did any of the following defendants conspire to use excessive force against plaintiff Mark Burdett in violation of his rights under the Fourth Amendment to the United States Constitution?**

| | | |
|---|---|---|
| MICHAEL CESARI | ___ YES | ___ NO |
| RAMON REYNOSO | ___ YES | ___ NO |
| MARK SHEA | ___ YES | ___ NO |
| STEPHEN SMALLEY | ___ YES | ___ NO |

Go to Question 3.

III. <u>WRONGFUL SEIZURE OF PLAINTIFF'S VIDEO CAMERA</u>

    **3. Did plaintiff prove by the preponderance of the evidence that any of the following defendants intentionally damaged Mr. Burdett's video camera, in violation of his rights under the Fourth Amendment to the United States Constitution?**

| | | |
|---|---|---|
| MICHAEL CESARI | ___ YES | ___ NO |
| RAMON REYNOSO | ___ YES | ___ NO |
| MARK SHEA | ___ YES | ___ NO |

Go to Question 4.

IV. <u>BANE ACT</u>

**4. Did plaintiff prove by the preponderance of the evidence that any of the following defendants interfered by threats, intimidation, or coercion with plaintiff's civil rights in violation of the Bane Act, that the interference harmed plaintiff and that the defendant's conduct was a substantial factor in causing that harm?**

| | | |
|---|---|---|
| MICHAEL CESARI | ___ YES | ___ NO |
| JOHN DELFIN | ___ YES | ___ NO |
| RAMON REYNOSO | ___ YES | ___ NO |
| MARK SHEA | ___ YES | ___ NO |
| STEPHEN SMALLEY | ___ YES | ___ NO |

Go on to Question 5.

V. <u>NEGLIGENCE</u>

**5. Did plaintiff prove by the preponderance of the evidence that John Delfin acted negligently toward Mr. Burdett?**

    ___ YES     ___ NO

If you answered "YES" to Question 5, go on to Question 6.

If you answered "NO" to Question 5, go to Question 8.

**6. Did plaintiff prove by the preponderance of the evidence that Mr. Burdett was harmed as a result of Mr. Delfin's negligence?**

    ___ YES     ___ NO

If your answered "YES" to Question 6, go on to Question 7.

If you answered "NO" to Question 6, go to Question 8.

**7. Did plaintiff prove by the preponderance of the evidence that Mr. Delfin's negligence was a substantial factor in causing plaintiff's harm?**

    ___ YES     ___ NO

If you answered "YES" as to defendant John Delfin on Questions 4 or 7, go on to Question 8.

If you answered "NO" on both Questions 4 and 7, skip Question 8 and go to Roman Numeral VI (Damages Section).

**8.  Did defendants prove by a preponderance of the evidence that defendant John Delfin was authorized to obtain plaintiff's thumbprint and that he did so in accordance with standard professional practices?**

    \_\_\_ YES      \_\_\_ NO

Go to Roman Numeral VI (Damages Section).

VI. <u>DAMAGES</u>

If you answered "NO" to Questions 1, 2, 3, 4 **and** 7, then skip this section and turn to the last page of this form.

If you answered "YES" to any of those questions (that is, 1, 2, 3, 4 **or** 7), please answer Questions 9-10.

**9.  What do you find to be the total amount of damages suffered by plaintiff Mark Burdett?**

Amount:     $_____ (You must award at least $1.00)

Go to Question 10.

**10. Do you find that plaintiff proved by a preponderance of the evidence that any of the following defendants' conduct was malicious, oppressive or in reckless disregard of the plaintiff's rights?**

| | | |
|---|---|---|
| MICHAEL CESARI | \_\_\_ YES | \_\_\_ NO |
| RAMON REYNOSO | \_\_\_ YES | \_\_\_ NO |
| MARK SHEA | \_\_\_ YES | \_\_\_ NO |
| STEPHEN SMALLEY | \_\_\_ YES | \_\_\_ NO |
| JOHN DELFIN | \_\_\_ YES | \_\_\_ NO |

Go to the next page of this form.

VII.   SIGN AND DATE THE SPECIAL VERDICT FORM

**Signed:**_____

**Foreperson of the Jury:**_____

**Dated:**_____

    After this verdict form has been signed and dated, please submit a Jury Note to the Court Security Officer notifying the Court that the Jury has reached a verdict.  Please return the verdict form to the Courtroom Deputy.