DENNIS J. HERRERA, State Bar #139669
City Attorney
JOANNE HOEPER, State Bar #114961
Chief Trial Deputy
RONALD P. FLYNN, State Bar #184186
KIMBERLY A. BLISS, State Bar #207857
Deputy City Attorney
Fox Plaza
1390 Market Street, 6th Floor
San Francisco, California 94102-5408
Telephone: (415) 554-3901
Facsimile: (415) 554-3837

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO,
RAMON REYNOSO, MARK SHEA, PHILIP BROWN,
STEPHEN SMALLEY, MELVIN BAUTISTA,
MICHAEL CESARI, DAVID HAMILTON,
DAVID LAZAR, JOHN DELFIN

BEN ROSENFELD, State Bar #203845
DENNIS CUNNINGHAM, State Bar #112910
Law Office of Dennis Cunningham
115 ½ Bartlett Street
San Francisco, CA 94110
Telephone: (415) 285-8091
Facsimile: (415) 285-8092
E-Mail: ben.rosenfeld@comcast.net

Attorneys for Plaintiff MARK BURDETT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK BURDETT,<br><br>  Plaintiff,<br><br>vs.<br><br>San Francisco Police Officers RAMON REYNOSO (#454), MARK SHEA (#2092), and SFPD DOEs 1 through 10, inclusive; SAN FRANCISCO SHERIFF'S DEPARTMENT DOEs 11 through 15, inclusive, THE CITY AND COUNTY OF SAN FRANCISCO, and City and County DOEs 16 through 20, inclusive,<br><br>  Defendant. | Case No. C06-0720 JCS<br><br>**STIPULATION RE ENTRY OF JUDGMENT AND POST-TRIAL BRIEFING**<br><br>Date Action Filed: February 1, 2006<br>Trial Date: December 3, 2007 |

| | |
|---|---|
|1| Plaintiff Mark Burdett and Defendants, by and through the undersigned counsel, enter |
|2| into the following stipulation related to the entry of judgment: |
|3| 1) The parties request entry of judgment at the Court's convenience; |
|4| 2) The parties agree that each will have until January 18, 2008 to serve and file a bill |
|5| of costs; |
|6| 3) The parties agree that each will have until January 18, 2008 to serve and file any |
|7| motion for attorneys' fees, any such motion shall be noticed for March 21, 2008; |
|8| 4) The parties agree the each will have until January 18, 2008 to serve and file any |
|9| additional post-trial motions, except as below, and any such motion shall be noticed for March |
|10| 21, 2008; |
|11| 5) The parties agree that any motion related to review of the bill of costs shall be |
|12| filed subsequent to the Clerk's decision on costs pursuant to Local Rule 54, and such motion |
|13| shall be noticed for hearing on the same day as the other post-trial motions. |

Dated: December 18, 2007

                        DENNIS J. HERRERA
                        City Attorney
                        JOANNE HOEPER
                        Chief Trial Deputy
                        RONALD P. FLYNN
                        KIMBERLY A. BLISS
                        Deputy City Attorneys

By: _/s/ *Ronald P. Flynn*_
      RONALD P. FLYNN

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO, RAMON REYNOSO, MARK SHEA, PHILIP BROWN, STEPHEN SMALLEY MICHAEL CESARI, DAVID HAMILTON, DAVID LAZAR, JOHN DELFIN

Dated: December 18, 2007

                        BEN ROSENFELD
                        Law Office of Dennis Cunningham

By: _/s/ *Ben Rosenfeld*_
      BEN ROSENFELD

Attorneys for Plaintiff MARK BURDETT

*Pursuant to GO 45, the electronic signatory has obtained approval from this signatory.

**IT IS SO ORDERED**

Date: December 29, 2007

HON. JOSEPH C. SPERO
UNITED STATES MAGISTRATE JUDGE

Stipulation re Post-Trial Briefing    2
Burdett v. Reynoso, et al., USDC No. C07-0720 JCS    n:\lit\li2007\060903\00455894.doc